# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| US Salt Inc., | ) | **COURT MINUTES** |
| | ) | BEFORE: Richard Kyle |
| Plaintiff, | ) | U.S. Judge |
| | ) | |
| v. | ) | Case No:  Cv 07-1988 RHK/JSM |
| | ) | Date:  April 24, 2008 |
| Broken Arrow et al, | ) | Deputy:  Deborah Siebrecht |
| | ) | Court Reporter:  Carla Bebault |
| Defendant. | ) | Time Commenced:  9:30 |
| | ) | Time Concluded:  11:00 |
| | ) | Time in Court:  1 Hours & 30 Minutes |

Hearing on:  **PRE TRIAL CONFERENCE**

APPEARANCES:

    Plaintiff:    Evon Spangler
    Defendant:    Wallace Hilke, Amy Mason, Daniel Sacco

PROCEEDINGS:

    ☐ Plaintiff's Witnesses:
    ☐ Plaintiff' Exhibits:
    ☐ Defendant's Witnesses:
    ☐ Defendant's Exhibits:

**IT IS ORDERED:

    ☐ **Submitted**    ☐ **Sustained**    ☐ **Overruled**
    ☐ Brief time set:
    ☐ Written order forthcoming.

    s/Deborah Siebrecht
    Calendar Clerk