# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

US Salt, Inc.,

        Plaintiff,

                              Civ. No. 07-1988 (RHK/JSM)
                              **ORDER**

v.

Broken Arrow, Inc.,

        Defendant.

---

      For the reasons set forth on the record at the pretrial conference held on April 24, 2008, **IT IS ORDERED** that:

1. US Salt's Breach of Warranty Claims (Counts 2 and 3) are **DISMISSED WITH PREJUDICE**.

2. Broken Arrow's Motion to Exclude US Salt's Damages Expert, Arthur H. Cobb, from testifying at trial (Doc. No. 62) is **GRANTED**.

3. Tom Johnson's proposed testimony with respect to lost profits is excluded.

Dated: April 24, 2008                                    s/Richard H. Kyle
                                                              RICHARD H. KYLE
                                                               United States District Judge