## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

US Salt, Inc.,

          Plaintiff,

                          Civ. No. 07-1988 (RHK/JSM)
                          **ORDER**

v.

Broken Arrow, Inc.,

          Defendant.

---

For the reasons set forth on the record at the pretrial conference held on April 30,

2008, **IT IS ORDERED** that:

1. The trial scheduled to start on May 5, 2008 is **CONTINUED** to **May 12, 2008 at 9:00 a.m.**

2. The parties through their counsel and a representative from each side with full settlement authority shall meet with a Magistrate Judge for a settlement conference sometime during the week of May 5, 2008.  The parties shall be prepared to make a good-faith effort at resolving this dispute.  An order will follow specifying the date and time.

3. US Salt shall serve and furnish to the Court the following documents by **May 2, 2008 at 2:00 p.m.**:

   a. A memorandum explaining its damages theory, including: (i) an explanation as to how its claimed damages qualify as incidental or consequential damages under the Minnesota Uniform Commercial Code and (ii) a summary explaining how each line item for damages was calculated.

   b. A document that cross-references the itemized damages previously provided to the Court with the attached exhibits.  In particular, Exhibit 22 needs to be separated out to correspond with the itemized damages.

c. A summary of Tom Johnson's proposed testimony with respect to damages.

4. Broken Arrow shall serve and furnish to the Court a response brief to the above submissions by **May 5, 2008 at 2:00 p.m**. Broken Arrow may also make objections to US Salt's amended exhibit list.

5. US Salt shall serve and furnish to the Court a reply brief to Broken Arrow's May 5, 2008 opposition memorandum by **May 6, 2008 at 2:00 p.m.**


Dated: April 30, 2008                                        s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge