**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| US Salt, Inc., | Civil No. 07-1988 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Broken Arrow, Inc., | |
| Defendant. | |

---

For good cause shown, Defendant's May 6, 2008, letter request (attached) for a postponement of the trial is **GRANTED**. The trial before the undersigned and a jury will now begin at 9:00 a.m., Tuesday, June 3, 2006 or Tuesday, June 10, 2006, in St. Paul, Minnesota. Counsel shall confer and advise Ms. Siebrecht (651-848-1166) as to which date is preferable.

Dated: May 8, 2008                           s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge